1
2
3
4
5
6
7

# United States District Court
# Central District of California

| | |
|---|---|
| CHRIS LANGER, an individual, | Case No. 2:16-CV-05955-ODW(AJW) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| GOODWILL, SERVING THE PEOPLE OF SOUTHERN LOS ANGELES COUNTY, a California corporation; and DOES 1-10, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 17), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by February 3, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 2, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**